PER CURIAM.
Affirmed. See: Morse Auto Rental, Inc. v. Lewis, Fla.App.1964, 161 So.2d 235; Nat Harrison Associates, Inc. v. Florida Power & Light Co., Fla.App. 1964, 162 So.2d 298; Bordettsky v. Hertz Corporation, Fla. App.1965, 171 So.2d 174; Morse Auto Rentals, Inc. v. Papandrea, Fla.App. 1965, 180 So.2d 351; Hartnett v. Southern Insurance Co., Fla.1965, 181 So.2d 524; Deatrick Leasing Corporation v. Florida Tallow Corporation, Fla.App.1969, 227 So.2d 242; 18 Fla.Jur., Insurance, §§ 407, 409.